Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−30415
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
  Theresa D. Manney
  aka Theresa Grayson, aka Theresa Robertson
  7141 S Cornell Ave
  2nd Floor
  Chicago, IL 60649

Social Security / Individual Taxpayer ID No.:
  xxx−xx−4665

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 26, 2018

FOR THE COURT

Dated: March 26, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 17-30415-LAH
Theresa D. Manney Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 2     Date Rcvd: Mar 26, 2018
                       Form ID: ntcdsm     Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
```
db           +Theresa D. Manney,    7141 S Cornell Ave,    2nd Floor,    Chicago, IL 60649-2316
26092705      Aflac,    Attn: Remittance Processing Service,    1932 Wynnton Road,    Columbus, GA 31999-0797
26397664     +American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
26092707     +Argosy University,    National Receivables,    2020 South Oneida Street,    Denver, CO 80224-2447
26092714     +Central Manangement Services,    Analysis & Resolution Unit,    801 South 7th Street,
               Springfield, IL 62703-2487
26092716     +Chicago Pawners & Jewelers,    2405 W. Madison Street,    Chicago, IL 60612-2113
26092718     +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26092719      City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
26092723     +Equitable Services, Inc.,    PO box 687,    Skokie, IL 60076-0687
26092728     +Healthcare And Family Services,    Bureau of All Kids-Cstmr Srvc,    201 S. Grand Ave East,
               Springfield, IL 62763-1000
26092732     +Luminess Air,    c/o Monterey Collections,    P.O. Box 5199,    Oceanside, CA 92052-5199
26092735      Nationwide Credit & Collection,    815 Commerce Drive,    Suite 270,    Oak Brook, IL 60523-8852
26092736      Public Storage,    4520 West Cermak Road,    Chicago, IL 60623-2907
26092743     +SRS,    2101 S Veterans Parkway,    Springfield, IL 62704-6527
26092738     +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
               Springfield, IL 62723-1000
26092737     +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
26092739      Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26092744     +St. Anthony Emergency Services Phys,    3504 W 95th St.,    Evergreen Park, IL 60805-2105
26092745      State of Tennessee,    General Sessions Court,    PO Box 678,    Pulaski, TN 38478-0678
26092746     +Sunrise Credit Service,    234 airport Plaza Blvd S,    Farmingdale, NY 11735-3938
26092748      Terance J Costello,    c/o Keating Law Office, PC,    70 W Monroe #1024,    Chicago, IL 60603
26092749     +Trustmark Recovery Services,    541 Otis Bowen Dr,    Munster, IN 46321-4158
26092751     +University of Illinois Hospital,    912 S. Wood St.,    Chicago, IL 60612-7203
26092750      University of Illinois at Chicago,    Physician Group,    7720 Solution Center,
               Chicago, IL 60677-7007
26197498     +VILLAGE OF JUSTICE,    MUNICIPAL COLLECTIONS OF AMER INC,    3348 RIDGE ROAD,
               LANSING, IL 60438-3112
26092733     +VILLAGE OF PARK FOREST,    Municipal Collection of America,INC,    3348 Ridge Road,
               Lansing, IL 60438-3112
26092753     +Village of Hillside,    425 North Hillside,    Hillside, IL 60162-1695
26092754     +Village of Homewood,    17950 S Dixie Highway,    Homewood, IL 60430-1732
26092755     +Village of Justice,    7800 Archer Road,    Justice, IL 60458-1199
26092756     +Village of Park Forest,    Parking Tickets,    517 Des Plaines Ave.,    Forest Park, IL 60130-1801
26092757     +Walden University,    15297 Collections Center Drive,    Chicago, IL 60693-0152
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26092706     +E-mail/Text: compliance@americanfirstfinance.com Mar 27 2018 01:47:11     Amer Fst Fin,
               7330 W. 33rd Stree,    Wichita, KS 67205-9369
26092708     +EDI: PHINHARRIS Mar 27 2018 05:23:00      Arnold Scott Harris, P.C.,
               111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26092712      EDI: CAPITALONE.COM Mar 27 2018 05:18:00      Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
26092710      EDI: CAPITALONE.COM Mar 27 2018 05:18:00      Cap One,    15000 Capital One Dr,
               Richmond, VA 23238
26092709      EDI: CAPITALONE.COM Mar 27 2018 05:18:00      Cap One,    Bankruptcy Dept.,    PO Box 30285,
               Salt Lake City, UT 84130-0285
26092711     +EDI: CAPITALONE.COM Mar 27 2018 05:18:00      Capital 1 Bank,    Attn: General Correspondence,
               Po Box 30285,    Salt Lake City, UT 84130-0285
26092713      EDI: CAPITALONE.COM Mar 27 2018 05:18:00      Capital One Bank, N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
26092715     +EDI: CHASE.COM Mar 27 2018 05:23:00      Chasecard,    Bankruptcy Department,    PO Box 15298,
               Wilmington, DE 19850-5298
26092717     +EDI: CITICORP.COM Mar 27 2018 05:18:00      Citibank N A,    701 East 60th Stre,
               Sioux Falls, SD 57104-0493
26154805     +EDI: PHINHARRIS Mar 27 2018 05:23:00      City of Chicago Department of Finance,
               c/o Arnold Scott Harris, P.C.,    111 W. Jackson Blvd Ste. 600,    Chicago, IL 60604-3517
26092720     +EDI: RCSFNBMARIN.COM Mar 27 2018 05:18:00      Credit One,    Bankrupcty Department,
               PO Box 98873,    Las Vegas, NV 89193-8873
26092721     +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2018 01:45:50     Dept Of Education/neln,
               121 S 13th St,    Lincoln, NE 68508-1904
26092722     +EDI: NAVIENTFKASMDOE.COM Mar 27 2018 05:19:00      Dpt Ed/slm,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
26092724     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 27 2018 01:55:15     Exeter Finance Corp,
               Po Box 166097,    Irving, TX 75016-6097
26103706     +EDI: AISACG.COM Mar 27 2018 05:18:00      Exeter Finance LLC,    P.O. Box 165028,
               Irving, TX 75016-5028
26440801     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 27 2018 01:54:50     Exeter Finance LLC,
               P.O. Box 167399,    Irving, TX 75016-7399
26092725     +EDI: AMINFOFP.COM Mar 27 2018 05:18:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
26092726      EDI: RMSC.COM Mar 27 2018 05:18:00      GECRB/Lens,    PO Box 981439,    El Paso, TX 79998-1439
```

```
District/off: 0752-1                   User: rgreen                 Page 2 of 2                   Date Rcvd: Mar 26, 2018
                                       Form ID: ntcdsm              Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26092727       +EDI: RMSC.COM Mar 27 2018 05:18:00      Gemb/Lens,    Bankruptcy Department,    PO Box 103104,
                 Roswell, GA 30076-9104
26092730        E-mail/Text: rev.bankruptcy@illinois.gov Mar 27 2018 01:45:39
                 Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
                 Chicago, IL 60601
26092731        EDI: IRS.COM Mar 27 2018 05:19:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
26092729        E-mail/Text: rev.bankruptcy@illinois.gov Mar 27 2018 01:45:39
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
26436442        EDI: RESURGENT.COM Mar 27 2018 05:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
26092734        E-mail/Text: karaiza@mcsicollections.com Mar 27 2018 01:47:16
                 Municipal Collection Services, Inc.,    PO Box 327,    Palos Heights, IL 60463-0327
26280626        EDI: PRA.COM Mar 27 2018 05:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
26280631        EDI: PRA.COM Mar 27 2018 05:18:00      Portfolio Recovery Associates, LLC,
                 Successor to CAPITAL ONE BANK (USA) N.A.,    (CAPITAL ONE BANK, N.A.),    POB 41067,
                 Norfolk VA 23541
26233691       +EDI: JEFFERSONCAP.COM Mar 27 2018 05:23:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
26092741        EDI: NEXTEL.COM Mar 27 2018 05:18:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
26092742        EDI: NEXTEL.COM Mar 27 2018 05:18:00      Sprint Corp.,    Attn: Bankruptcy Dept.,    PO Box 7949,
                 Overland Park, KS 66207-0949
26092747        EDI: RMSC.COM Mar 27 2018 05:18:00      SYNCB/Lenscrafters,    PO Box 965036,
                 Orlando, FL 32896-5036
26092740       +EDI: NAVIENTFKASMSERV.COM Mar 27 2018 05:18:00      Slm Financial Corp,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
26120556       +EDI: AIS.COM Mar 27 2018 05:23:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
26130833       +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2018 01:45:50
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
26092752        E-mail/Text: kdrury2@uic.edu Mar 27 2018 01:45:28      University of Illinois Medical  Ctr,
                 PO Box 12199,    Chicago, IL 60612-0199
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26180836*      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    Bankruptcy Unit,    PO BOX 19035,
                 Springfield, IL 62794-9035)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Theresa D. Manney davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```